LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

# ADDITIONAL CERTIFICATE OF REGISTRATION OF A CLAIM TO COPYRIGHT



THIS IS TO CERTIFY THAT THE STATEMENTS SET FORTH IN THE ATTACHED HAVE BEEN MADE A PART OF THE RECORDS OF THE COPYRIGHT OFFICE WITH CLAIM OF COPYRIGHT REGISTERED UNDER NUMBER
VAu 220-480

IN TESTIMONY WHEREOF, THE SEAL OF THIS OFFICE IS AFFIXED HERETO ON

December 27, 2005

REGISTER OF COPYRIGHTS
United States of America

**REGISTER OF COPYRIGHTS**

Exhibit A1

C-731 June 1999 — 10,000

FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 220 480

VA    VAU

EFFECTIVE DATE OF REGISTRATION

Jan. 10, 1992
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Vietnam Women's Memorial

NATURE OF THIS WORK ▼ See instructions

Sculptural Work

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼

a  Glenna Goodacre

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1939

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire sculptural work

NAME OF AUTHOR ▼

b

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1991 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Glenna Goodacre
566 Camino Del Monte Sol
Santa Fe, New Mexico  87501

See instructions before completing this space.

APPLICATION RECEIVED
JAN 10 1992
ONE DEPOSIT RECEIVED
JAN 10 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

Exhibit A2

VAu 220 480

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Area Code & Telephone Number ▶

**8**

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Glenna Goodacre
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Charles D. Ossola    date ▶ 12/17/91

Handwritten signature (X) ▼
[signature]

**9**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
Charles D. Ossola, Esq.
Number/Street/Apartment Number ▼
Hunton & Williams, 2000 Pennsylvania Ave, NW #9000
City/State/ZIP ▼
Washington, D.C. 20006

Have you:
• completed all necessary spaces?
• signed your application in space 8?
• enclosed check or money order for $10 payable to Register of Copyrights?
• enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1987: 181-531/40 018    February 1987—100 000

Exhibit A3

# Copyright Office of the United States

## THE LIBRARY OF CONGRESS

# Certificate of Recordation

**THIS IS TO CERTIFY THAT THE ATTACHED DOCUMENT WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE AND IN THE PLACE SHOWN BELOW.**

**THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.**

DATE OF RECORDATION

26Oct93

| VOLUME | PAGE |
|---|---|
| 2933 | 421 |

| VOLUME | PAGE |
|---|---|
| 2933 | 423 |



OFFICIAL SEAL

*Barbara Ringer*
Acting Register of Copyrights and Associate Librarian for Copyright Services

Exhibit A4

Certificate of Recordation
C-762 November 1993—20,000

VOL 2933 PAGE 421

## AGREEMENT TO TRANSFER COPYRIGHT AND OWNERSHIP RIGHTS IN SCULPTURAL WORK

This Agreement to Transfer Copyright and Ownership Rights in Sculptural Work is made and entered into this 12th day of October, 1993, by and between the Vietnam Women's Memorial Project, Inc. ("VWMP") and Glenna Goodacre, Ltd. ("Goodacre"), pursuant to the terms of their Sculpture Commission Agreement dated August 5, 1992.

WHEREAS, Goodacre has created, sculpted, cast and delivered to the VWMP a bronze sculpture to honor women who served in the Armed Forces of the United States in the Vietnam War to be erected on the grounds of the Mall and to be dedicated as the Vietnam Women's Memorial ("the Sculpture"); and

WHEREAS, the VWMP has accepted the Sculpture and has made final payment to Goodacre pursuant to the terms of the Sculpture Commission Agreement.

NOW, THEREFORE, in consideration of the foregoing recitals, and for good and valuable consideration, the receipt and sufficiency of which is acknowledged, the parties hereby agree as follows:

1. Goodacre transfers and conveys her entire right, title and interest in and to the copyright in the Sculpture and the clay model, mold, and Original and Modified Design (collectively "the Copyrighted Works," as defined in the Sculpture Commission Agreement), including the copyright registration dated January 10, 1992 (No. VA 220480) secured by Goodacre for the Vietnam Women's Memorial.

2. The aforementioned transfer is subject to, and does not affect the parties' rights and obligations under, the restrictions

Exhibit A5

VOL 2933 PAGE 422

on creation, distribution and sales of derivative works based on the Copyrighted Works, and on sharing any profits earned from such sales as provided in paragraphs 10 and 11 of the Sculpture Commission Agreement.

3. The VWMP is responsible for recording this transfer in the records of the Copyright Office.

4. Pursuant to the terms of the Sculpture Commission Agreement, title to the mold used to create the bronze Sculpture and the bronze Sculpture itself vested in the VWMP upon delivery thereof to the VWMP and upon its final payment in full to Goodacre of all amounts due and owing her under the Sculpture Commission Agreement. In addition, Goodacre shall transfer ownership of any other Archive Material (as defined in paragraph 6 a. of that Agreement) to the VWMP upon its selection of such Archive Material that it wishes to own.

5. All post-transfer rights provided for under the Sculpture Commission Agreement shall continue in full force and effect, including, but not limited to, the prohibitions on copyright transfer to the U.S. Government and to any third party as provided under paragraphs 9 b. and 9 c. of that Agreement, and the restriction on destruction and alteration of the Sculpture provided for under paragraph 25 of that Agreement.

Exhibit A6

VOL 2933 PAGE 423

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year written above.

        GLENNA GOODACRE, LTD.

        *[signature]* 8/27/93
        Glenna Goodacre, President

        THE VIETNAM WOMEN'S MEMORIAL PROJECT, INC.

        *[signature]* 10-5-93
        Diane Carlson Evans, Chair

        *[signature]* 10-12-93
        Judy Helein, Secretary

Exhibit A7