R    Document 1-3    Filed 1





