CO-386-online
10/03

# United States District Court
# For the District of Columbia

Vietnam Women's Memorial )
Foundation, Inc., )
) 
) Civil Action
Plaintiff )
vs )
)
Sunbeam Trading, Inc., et al., )
)
)
Defendant )

CASE NUMBER 1:05CV02484

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 12/29/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for   Vietnam Women's Memorial Foundation, Inc.   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   Vietnam Women's Memorial Foundation, Inc.   which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Deborah Lodge_
Signature

393942
BAR IDENTIFICATION NO.

Deborah M. Lodge
Print Name

2550 M Street, NW
Address

Washington, DC 20037
City          State          Zip Code

202-457-6000
Phone Number