IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. ) ) ) Plaintiff, ) ) v. ) ) SUNBEAM TRADING, INC. *et al*. ) ) Defendants. ) ) | Civil Action No. 1:05CV02484 |

### CONSENT MOTION TO EXTEND TIME FOR DEFENDANT SUNBEAM TRADING, INC. TO FILE RESPONSIVE PLEADINGS

Defendant Sunbeam Trading, Inc., by counsel, hereby files its Consent Motion to Extend Time for Defendant Sunbeam Trading, Inc. to File Responsive Pleadings (the "Consent Motion"). In support of its Consent Motion, Defendant Sunbeam Trading, Inc. states as follows.

1. Plaintiff Vietnam Women's Memorial Foundation, Inc. ("VWMF") filed a Complaint on December 29, 2005 in this Court alleging copyright infringement against seven defendants, including Defendant Sunbeam Trading, Inc. ("Sunbeam").

2. Plaintiff served Defendant Sunbeam with the Complaint on January 20, 2006.

3. Counsel for VWMF and counsel for Sunbeam have agreed that Sunbeam shall file responsive pleadings on or before February 27, 2006.

4. Good cause exists to grant Sunbeam an extension of time to file its responsive pleadings to enable Sunbeam's counsel to investigate the pertinent facts and law.

5. Counsel for VWMF has authorized Sunbeam to file this Consent Motion.

6. A prepared Order expressing the agreement of the parties is attached hereto.

WHEREFORE, Defendant Sunbeam Trading, Inc. respectfully requests that this Court grant this Consent Motion to Extend Time for Defendant Sunbeam Trading, Inc. to File Responsive Pleadings, and grant Sunbeam Trading, Inc. until February 27, 2006 to file such responsive pleadings.

Dated: February 8, 2006                          Respectfully submitted,


By:     /s/ Clarence Y. Lee
Scott J. Spooner, D.C. Bar No. 466713
Clarence Y. Lee, D.C. Bar. No. 494830
BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (fax)
Counsel for Defendant
Sunbeam Trading, Inc.

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 8, 2006, a true copy of Defendant Sunbeam Trading Inc.'s Consent Motion to Extend Time for Sunbeam Trading, Inc. to File Responsive Pleadings was sent via first class mail, postage pre-paid, to:

Deborah M. Lodge, Esq.
PATTON BOGGS, LLP
2550 M Street, NW
Washington, D.C. 20037
Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

Penguin Marketing
c/o Scott J. Spooner
BEAN, KINNEY & KORMAN, P.C.
2000 N. 14th St., Suite 100
Arlington, VA 22201
Counsel for Defendant Penguin Marketing Group

Shin Sung Souvenir Co.
101 R Street, S.W.
Washington, D.C. 20024-3418

P&D Souvenir
520 10th Street, N.W.
Washington, D.C. 20004-1413

Oscar Mayers
3332 10th Place, S.E.
Washington, D.C. 20032

Oscar and Yelca Tovar
5507 Heming Avenue
Springfield, VA 22151

Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031

              ___/s/_____
                Clarence Y. Lee, Esq.