IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. <br><br> Plaintiff, <br><br> v. <br><br> SUNBEAM TRADING, INC. *et al*. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:05CV02484 |

## **ORDER**

Upon consideration of Defendant Sunbeam Trading Inc.'s Consent Motion to Extend Time for Defendant Sunbeam Trading Inc. to File Responsive Pleadings (the "Consent Motion"), it is hereby

ORDERED, that the Consent Motion is granted; and it is

FURTHER ORDERED, that Defendant Sunbeam Trading Inc. shall file responsive pleadings on or before February 27, 2006.

_____
United States District Judge

Copies to:

    Scott J. Spooner, D.C. Bar No. 466713
    Clarence Y. Lee, D.C. Bar. No. 494830
    BEAN, KINNEY & KORMAN, P.C
    2000 N. 14th Street, Suite 100
    Arlington, Virginia 22201
    (703) 525-4000
    (703) 525-2207 (fax)
    Counsel for Defendant
    Sunbeam Trading, Inc.

    Deborah M. Lodge, Esq.
    PATTON BOGGS, LLP
    2550 M Street, NW
    Washington, D.C. 20037
    Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

    Penguin Marketing
    c/o Scott J. Spooner
    BEAN, KINNEY & KORMAN, P.C.
    2000 N. 14th Street, Suite 100
    Arlington, VA 22201
    Counsel for Defendant Penguin Marketing Group

    Shin Sung Souvenir Co.
    101 R Street, S.W.
    Washington, D.C. 20024-3418

    P&D Souvenir
    520 10th Street, N.W.
    Washington, D.C. 20004-1413

    Oscar Mayers
    3332 10th Place, S.E.
    Washington, D.C. 20032

    Oscar and Yelca Tovar
    5507 Heming Avenue
    Springfield, VA 22151

    Guest Services, Inc.
    3055 Prosperity Avenue
    Fairfax, VA 22031