IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. ) ) ) Plaintiff, ) ) v. ) ) SUNBEAM TRADING, INC. *et al*. ) ) Defendants. ) _____ ) | Civil Action No. 1:05CV02484 |

## DISCLOSURE OF CORPORATE AFFLIATIONS
## AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Sunbeam Trading, Inc. ("Sunbeam Trading"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Sunbeam Trading which have any outstanding securities in the hands of the public:

**None**.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: February 7, 2006         Respectfully submitted,

By:    /s/ Clarence Y. Lee_____

Scott J. Spooner, D.C. Bar No. 466713
Clarence Y. Lee, D.C. Bar No. 494830
BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
(703) 525-4000; (703) 525-2207 (fax)
Counsel for Defendant Penguin Marketing Group

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2006, a true copy of Defendant Sunbeam Trading Inc.'s Disclosure of Corporate Affiliations and Financial Interests was sent via first class mail, postage pre-paid, to:

Deborah M. Lodge, Esq.
PATTON BOGGS, LLP
2550 M Street, NW
Washington, D.C. 20037
Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

Penguin Marketing Group
c/o Scott J. Spooner, Esq.
BEAN, KINNEY & KORMAN, P.C.
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
Counsel for Defendant Penguin Marketing Group

Shin Sung Souvenir Co.
101 R Street, S.W.
Washington, D.C. 20024-3418

P&D Souvenir
520 10th Street, N.W.
Washington, D.C. 20004-1413

Oscar Mayers
3332 10th Place, S.E.
Washington, D.C. 20032

Oscar and Yelca Tovar
5507 Heming Avenue
Springfield, VA 22151

Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031

                                                    _____/s/_____
                                                            Clarence Y. Lee, Esq.