IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUNBEAM TRADING, INC. *et al.* ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:05CV02484 |

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANT PENGUIN MARKETING GROUP TO FILE RESPONSIVE PLEADINGS

Defendant Penguin Marketing Group, by counsel, hereby files its Consent Motion to Extend Time for Defendant Penguin Marketing Group to File Responsive Pleadings (the "Consent Motion"). In support of its Consent Motion, Defendant Penguin Marketing Group states as follows.

1. Plaintiff Vietnam Women's Memorial Foundation, Inc. ("VWMF") filed a Complaint on December 29, 2005 in this Court alleging copyright infringement against seven defendants, including Defendant Penguin Marketing Group ("Penguin").

2. Plaintiff served Defendant Penguin with the Complaint on January 20, 2006.

3. Counsel for VWMF and counsel for Penguin have agreed that Penguin shall file responsive pleadings on or before February 27, 2006.

4. Good cause exists to grant Penguin an extension of time to file its responsive pleadings to enable Penguin's counsel to investigate the pertinent facts and law.

5. Counsel for VWMF has authorized Penguin to file this Consent Motion.

6. A prepared Order expressing the agreement of the parties is attached hereto.

WHEREFORE, Defendant Penguin Marketing Group respectfully requests that this Court grant this Consent Motion to Extend Time for Defendant Penguin Marketing Group to File Responsive Pleadings, and grant Penguin Marketing Group until February 27, 2006 to file such responsive pleadings.

Dated: February 7, 2006                    Respectfully submitted,


By:  _____/s/_____
Scott J. Spooner, D.C. Bar No. 466713
Clarence Y. Lee, D.C. Bar. No. 494830
BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (fax)
Counsel for Defendant
Penguin Marketing Group

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2006, a true copy of Defendant Penguin Marketing Group's Consent Motion to Extend Time for Penguin Marketing Group to File Responsive Pleadings was sent via first class mail, postage pre-paid, to:

Deborah M. Lodge, Esq.
PATTON BOGGS, LLP
2550 M Street, NW
Washington, D.C. 20037
Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

Sunbeam Trading, Inc.
1327 4th Street, N.E.
Washington, D.C. 20002-7001

Shin Sung Souvenir Co.
101 R Street, S.W.
Washington, D.C. 20024-3418

P&D Souvenir
520 10th Street, N.W.
Washington, D.C. 20004-1413

Oscar Mayers
3332 10th Place, S.E.
Washington, D.C. 20032

Oscar and Yelca Tovar
5507 Heming Avenue
Springfield, VA 22151

Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031

                                                    /s/
                                          Scott J. Spooner, Esq.