**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. )<br>)<br>Plaintiff,                    )<br>)<br>v.                                      )<br>)<br>SUNBEAM TRADING, INC. *et al*.       )<br>)<br>Defendants.                  )<br>_____) | Civil Action No. 1:05CV02484 |

## **ORDER**

Upon consideration of Defendants Sunbeam Trading Inc. and Penguin Marketing Group's Consent Motion to Extend Time for Defendants to File Responsive Pleadings (the "Consent Motion"), it is hereby

ORDERED, that the Consent Motion is granted; and it is

FURTHER ORDERED, that Defendants Sunbeam Trading Inc. and Penguin Marketing Group shall file responsive pleadings on or before April 3, 2006.

_____
United States District Judge

Copies to:

>Scott J. Spooner, D.C. Bar No. 466713
>Clarence Y. Lee, D.C. Bar. No. 494830
>BEAN, KINNEY & KORMAN, P.C
>2000 N. 14th Street, Suite 100
>Arlington, Virginia 22201
>(703) 525-4000
>(703) 525-2207 (fax)
>Counsel for Defendants
>Sunbeam Trading, Inc.
>Penguin Marketing Group
>
>Deborah M. Lodge, Esq.
>PATTON BOGGS, LLP
>2550 M Street, NW
>Washington, D.C. 20037
>Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.
>
>Shin Sung Souvenir Co.
>101 R Street, S.W.
>Washington, D.C. 20024-3418
>
>P&D Souvenir
>520 10th Street, N.W.
>Washington, D.C. 20004-1413
>
>Oscar Mayers
>3332 10th Place, S.E.
>Washington, D.C. 20032
>
>Oscar and Yelca Tovar
>5507 Heming Avenue
>Springfield, VA 22151
>
>Guest Services, Inc.
>3055 Prosperity Avenue
>Fairfax, VA 22031