**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. </br></br> Plaintiff, </br></br> v. </br></br> SUNBEAM TRADING, INC. *et al*. </br></br> Defendants. | Civil Action No. 1:05CV02484 |

### CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS SUNBEAM TRADING, INC. AND PENGUIN MARKETING GROUP TO FILE RESPONSIVE PLEADINGS

Defendants Sunbeam Trading, Inc. and Penguin Marketing Group (collectively the "Defendants"), by counsel, hereby file their Consent Motion to Extend Time for Defendants to File Responsive Pleadings (the "Consent Motion"). In support of their Consent Motion, Defendants state as follows:

1. Plaintiff Vietnam Women's Memorial Foundation, Inc. ("VWMF") filed a Complaint on December 29, 2005 in this Court alleging copyright infringement against seven defendants, including the Defendants.

2. Plaintiff served Defendants with the Complaint on January 20, 2006.

3. Counsel for VWMF and counsel for Defendants have agreed that Defendants shall file responsive pleadings on or before April 24, 2006.

4. Good cause exists to grant Defendants an extension of time to file their responsive pleadings to enable counsel for the parties to resolve this matter via settlement.

5. Counsel for VWMF has authorized Defendants' counsel to file this Consent Motion.

6. A prepared Order expressing the agreement of the parties is attached hereto.

WHEREFORE, Defendants Sunbeam Trading, Inc. and Penguin Marketing Group respectfully request that this Court grant this Consent Motion to Extend Time for Defendants to File Responsive Pleadings, and grant Defendants Sunbeam Trading, Inc. and Penguin Marketing Group until April 24, 2006 to file such responsive pleadings.

Dated:  April 3, 2006                               Respectfully submitted,


By:    _/s/_ Scott J. Spooner_____
Scott J. Spooner, D.C. Bar No. 466713
BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (fax)
Counsel for Defendants
Sunbeam Trading, Inc.
Penguin Marketing Group

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 3, 2006, a true copy of Defendants Sunbeam Trading Inc. and Penguin Marketing Group's Consent Motion to Extend Time for Defendants to File Responsive Pleadings was sent via first class mail, postage pre-paid, to:

Deborah M. Lodge, Esq.
PATTON BOGGS, LLP
2550 M Street, NW
Washington, D.C. 20037
Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

Shin Sung Souvenir Co.
101 R Street, S.W.
Washington, D.C. 20024-3418

P&D Souvenir
520 10th Street, N.W.
Washington, D.C. 20004-1413

Oscar Mayers
3332 10th Place, S.E.
Washington, D.C. 20032

Oscar and Yelca Tovar
5507 Heming Avenue
Springfield, VA 22151

Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031

          ___/s/_____
          Scott J. Spooner, Esq.