**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. ) ) ) Plaintiff, ) ) v. ) ) SUNBEAM TRADING, INC. *et al*. ) ) Defendants. ) _____) | Civil Action No. 1:05CV02484 |

## **ORDER**

Upon consideration of Defendants Sunbeam Trading Inc. and Penguin Marketing Group's Consent Motion to Extend Time for Defendants to File Responsive Pleadings (the "Consent Motion"), it is hereby

ORDERED, that the Consent Motion is granted; and it is

FURTHER ORDERED, that Defendants Sunbeam Trading Inc. and Penguin Marketing Group shall file responsive pleadings on or before May 19, 2006.

_____
United States District Judge

Copies to:

    Scott J. Spooner, D.C. Bar No. 466713
    BEAN, KINNEY & KORMAN, P.C
    2000 N. 14th Street, Suite 100
    Arlington, Virginia 22201
    (703) 525-4000
    (703) 525-2207 (fax)
    Counsel for Defendants
    Sunbeam Trading, Inc.
    Penguin Marketing Group

    Deborah M. Lodge, Esq.
    PATTON BOGGS, LLP
    2550 M Street, NW
    Washington, D.C. 20037
    Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

    Shin Sung Souvenir Co.
    101 R Street, S.W.
    Washington, D.C. 20024-3418

    P&D Souvenir
    520 10th Street, N.W.
    Washington, D.C. 20004-1413

    Oscar Mayers
    3332 10th Place, S.E.
    Washington, D.C. 20032

    Oscar and Yelca Tovar
    5507 Heming Avenue
    Springfield, VA 22151

    Guest Services, Inc.
    3055 Prosperity Avenue
    Fairfax, VA 22031