**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. <u>1:05CV02484</u> |
| v. | ) ) | |
| SUNBEAM TRADING, INC. *et al*. | ) ) | |
| Defendants. | ) ) | |

**DEFENDANT SUNBEAM TRADING, INC.'S
<u>ANSWER TO PLAINTIFF'S COMPLAINT</u>**

Defendant Sunbeam Trading, Inc. ("SUNBEAM TRADING" or "Defendant"), by and through its undersigned counsel, hereby files its Answer to Plaintiff Vietnam Women's Memorial Foundation's ("VWMF" or "Plaintiff") Complaint, and states as follows:

1.      Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 1.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 1.

2.      Defendant SUNBEAM TRADING admits that its principal place of business is 1327 4th Street, N.E., Washington, D.C. 20002-7001.  Defendant SUNBEAM TRADING denies the remaining allegations of paragraph 2.

3.      Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 3.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 3.

4.    Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 4.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 4.

5.    Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 5.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 5.

6.    Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 6.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 6.

7.    Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 7.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 7.

8.    Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 8.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 8.

9.    Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 9.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 9.

.    10.    Paragraph 10 alleges a legal conclusion to which no response is required.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 10.

11.     Paragraph 11 alleges a legal conclusion to which no response is required.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 11.

12.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 12.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 12.

13.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 13.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 13.

14.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 14.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 14.

15.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 15.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 15.

16.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 16.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 16.

17.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 17.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 17.

18.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 18.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 18.

19.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 19.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 19.

20.     Defendant SUNBEAM TRADING denies the allegations of paragraph 20.

21.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 21.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 21.

22.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 22.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 22.

23.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 23.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 23.

24.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 24.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 24.

25.     Defendant SUNBEAM TRADING lacks sufficient information to either admit or deny the allegations of paragraph 25.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 25.

26.     Defendant SUNBEAM TRADING. lacks sufficient information to either admit or deny the allegations of paragraph 26.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 26.

### COUNT I
### (COPYRIGHT INFRINGEMENT AGAINST SUNBEAM TRADING)

27.     Defendant SUNBEAM TRADING incorporates by reference its answers and/or denials to paragraphs 1-26 hereof as if set forth fully herein.

28.     Defendant SUNBEAM TRADING denies the allegations of paragraph 28.

29.     Defendant SUNBEAM TRADING lacks sufficient information to admit or deny the allegations of paragraph 29.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 29.

30.     Paragraph 30 alleges a legal conclusion to which no response is required.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 30.

31.     Paragraph 31 alleges a legal conclusion to which no response is required.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 31.

32.     Paragraph 32 alleges a legal conclusion to which no response is required.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 80.

33.     Paragraph 33 alleges a legal conclusion to which no response is required.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 33.

34.     Paragraph 34 alleges a legal conclusion to which no response is required.  To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 34.

## COUNT II
## (COPYRIGHT INFRINGEMENT AGAINST SHIN SUNG SOUVENIR CO.)

35.     Defendant SUNBEAM TRADING incorporates by reference its answers and/or denials to Paragraphs 1-26 hereof as if set forth fully herein.

36.     Paragraph 36 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 36.

37.     Paragraph 37 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 37.

38.     Paragraph 38 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 38.

39.     Paragraph 39 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 39.

40.     Paragraph 40 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 40.

41.     Paragraph 41 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 41.

42.     Paragraph 42 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 42.

## COUNT III
## (COPYRIGHT INFRINGEMENT AGAINST P&D SOUVENIR)

43.     Defendant SUNBEAM TRADING incorporates by reference its answers and/or denials to Paragraphs 1-26 hereof as if set forth fully herein.

44.     Paragraph 44 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 44.

45.     Paragraph 45 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 45.

46.     Paragraph 46 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 46.

47.     Paragraph 47 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 47.

48.     Paragraph 48 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 48.

49.     Paragraph 49 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 49.

50.     Paragraph 50 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 50.

### COUNT IV
### (COPYRIGHT INFRINGEMENT AGAINST OSCAR MAYERS)

51.     Defendant SUNBEAM TRADING incorporates by reference its answers and/or denials to Paragraphs 1-26 hereof as if set forth fully herein.

52.     Paragraph 52 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 52.

53.     Paragraph 53 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 53.

54.     Paragraph 54 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 54.

55.     Paragraph 55 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 55.

56.     Paragraph 56 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 56.

57.     Paragraph 57 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 57.

58.     Paragraph 58 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 58.

### COUNT V
### (COPYRIGHT INFRINGEMENT AGAINST OSCAR and YELCA TOVAR)

59.     Defendant SUNBEAM TRADING incorporates by reference its answers and/or denials to Paragraphs 1-26 hereof as if set forth fully herein.

60.     Paragraph 60 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 60.

61.     Paragraph 61 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 61.

62.     Paragraph 62 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 62.

63.     Paragraph 63 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 63.

64.     Paragraph 64 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 64.

65.     Paragraph 65 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 65.

66.     Paragraph 66 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 66.

## COUNT VI
## (COPYRIGHT INFRINGEMENT AGAINST GUEST SERVICES, INC.)

67.     Defendant SUNBEAM TRADING incorporates by reference its answers and/or denials to Paragraphs 1-26 hereof as if set forth fully herein.

68.     Paragraph 68 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 68.

69.     Paragraph 69 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 69.

70.     Paragraph 70 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 70.

71.     Paragraph 71 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 71.

72.     Paragraph 72 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 72.

73.     Paragraph 73 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 73.

74.     Paragraph 74 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 74.

## COUNT VII
## (COPYRIGHT INFRINGEMENT AGAINST PENGUIN MARKETING GROUP)

75.    Defendant SUNBEAM TRADING incorporates by reference its answers and/or denials to Paragraphs 1-26 hereof as if set forth fully herein.

76.    Paragraph 76 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 76.

77.    Paragraph 77 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 77.

78.    Paragraph 78 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 78.

79.    Paragraph 79 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 79.

80.    Paragraph 80 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 80.

81.    Paragraph 81 makes no allegations against Defendant SUNBEAM TRADING. To the extent that a response is required, Defendant SUNBEAM TRADING denies the allegations of paragraph 81.

82.    Defendant SUNBEAM TRADING denies that Plaintiff is entitled to the relief requests in paragraphs 1 – 7 of the Prayer for Relief.

83.     Any allegations not specifically admitted throughout the Answer to the Complaint are hereby denied.

84.     Strict proof is demanded for all allegations in the Complaint not specifically admitted.

## AFFIRMATIVE DEFENSES

1.     Counts I-VII of the Complaint fail to state a claim upon which relief may be granted.

2.     Counts I-VII of the Complaint are barred by the statute of limitations.

3.     Counts I-VII of the Complaint are barred by the doctrine of laches.

4.     Counts I-VII of the Complaint are barred by the doctrine of unclean hands.

5.     Counts I-VII of the Complaint are barred by the doctrine of acquiescence.

6.     Plaintiff lacks standing to assert Counts I-VII of the Complaint.

7.     The doctrine of abandonment bars the causes of action asserted in Counts I-VII of the Complaint.

8.     Counts I-VII of the Complaint fail as a matter of law on the ground that Plaintiff's sculpture does not constitute a valid and enforceable copyrightable work.

9.     Counts I-VII of the Complaint fail as a matter of law on the ground that section 120 of the Copyright Act limits Plaintiff's exclusive rights under section 106 of the Copyright Act and forecloses the claims asserted by Plaintiff in this action.

10.     To the extent that Defendant SUNBEAM TRADING used, reproduced, or distributed merchandise containing an image of Plaintiff's sculpture, such conduct does not

constitute copyright infringement under the doctrine of fair use as codified under 17 U.S.C. § 107.

11.    Counts I-VII of the Complaint seek damages that are speculative and cannot be recovered as a matter of law.

12.    Plaintiff has suffered no damages as a result of SUNBEAM TRADING's alleged conduct.

13.    Plaintiff failed to mitigate its damages.

14.    Plaintiff cannot establish that Defendant SUNBEAM TRADING acted willfully in allegedly committing copyright infringement under Count I of the Complaint.

15.    Plaintiff has slumbered on its rights and cannot obtain preliminary injunctive relief.

16.    Plaintiff has slumbered on its rights and cannot obtain an impoundment order.

17.    Plaintiff cannot recover Defendant SUNBEAM TRADING's profits because Plaintiff cannot establish that such profits were attributable to the use of Plaintiff's purported copyrightable work.

18.    Defendant SUNBEAM TRADING reserves the right to rely on additional affirmative defenses identified in the course of discovery that are not specifically set forth above.

WHEREFORE, Defendant Sunbeam Trading, Inc. requests that this Court dismiss Counts I-VII of Plaintiff's Complaint with prejudice, grant judgment in favor of Defendant Sunbeam Trading, Inc. on all such Counts, and award Defendant Sunbeam Trading, Inc. its costs, attorneys' fees, and other expenses.

Dated:  May 19, 2006                    Respectfully submitted,

                                        By:    /s/  Scott J. Spooner
                                        Scott J. Spooner, D.C. Bar No. 466713
                                        BEAN, KINNEY & KORMAN, P.C
                                        2000 N. 14th Street, Suite 100
                                        Arlington, Virginia 22201
                                        (703) 525-4000
                                        (703) 525-2207 (fax)
                                        Counsel for Defendant Sunbeam Trading, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, a true copy of Defendant Sunbeam Trading, Inc.'s Answer was sent via first class mail, postage pre-paid, to:

Deborah M. Lodge, Esq.
PATTON BOGGS, LLP
2550 M Street, NW
Washington, D.C. 20037
Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

Shin Sung Souvenir Co.
101 R Street, S.W.
Washington, D.C. 20024-3418

P&D Souvenir
520 10th Street, N.W.
Washington, D.C. 20004-1413

Oscar Mayers
3332 10th Place, S.E.
Washington, D.C. 20032

Oscar and Yelca Tovar
5507 Heming Avenue
Springfield, VA 22151

Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031

_____/s/_____
Scott J. Spooner, Esq.