## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Vietnam Women's Memorial Foundation, Inc., )<br><br>Plaintiff, )<br><br>v. )<br><br>Sunbeam Trading Inc., et al., )<br><br>Defendants. ) | Civil Action No. 1:05CV02484 (RWR) |

### DECLARATION OF DEBORAH LODGE

Deborah Lodge hereby submits the following declaration, under penalty of perjury, pursuant to 28 U.S.C. § 1746, in support of Plaintiff's Motion for Reconsideration.

1.      I am a partner in the law firm Patton Boggs, 2550 M Street, N.W., Washington, DC. I have been primarily responsible for representing the Plaintiff in this case, the Vietnam Women's Memorial Foundation ("VWMF"). The VWMF is the owner of the copyright in the statue that is the center of the Vietnam Women's Memorial, which commemorates all the women who served in the Vietnam War.

2.      On December 29, 2005, Plaintiff filed suit for copyright infringement against certain entities that had been distributing souvenirs and other works (such as postcards, posters and statuettes) depicting the Vietnam Women's Memorial. These defendants were Sunbeam Trading Inc., Shin Sung Souvenir Co., P&D Souvenir, Penguin Marketing Group, Oscar Mayers, Oscar Tovar, Yelka Tovar, Guest Services Inc. The Complaint also names unidentified John Does.

3.    Service was made on four defendants: Sunbeam Trading Inc., Shin Sung Souvenir Co., Penguin Marketing Group, and Guest Services, Inc. Despite diligent attempts, Plaintiff was unable to locate the other defendants and therefore was not able to serve them.

4.    Promptly after service of the Complaint in January, I conferred with counsel from Sunbeam Trading Inc., Shin Sung Souvenir Co., Penguin Marketing Group, and Guest Services, Inc.  We began settlement negotiations at that time.  Specifically, I conferred with and/or met with counsel for each of these companies during January and February 2006.  As part of settlement efforts, these defendants voluntarily halted sales of the merchandise at issue and voluntarily disclosed certain sales data. The settlement discussions continued in March and April, 2006, during which time I was in contact with my client to obtain views on various settlement proposals.

5.    Plaintiff was requested by these four defendants to consent to additional time for these defendants to file an answer or other response to the Complaint.  Sunbeam Trading Inc. and Penguin Marketing Group filed several Motions on Consent for an extension of time to file responsive pleadings.  See, e.g., docket entries 3, 9, 10, 11, 12, 13.  These two companies filed an answer to the Complaint on May 19, 2006.  I informally agreed not to seek a default judgment against the other two defendants, Shin Sung Souvenir Co. and Guest Services, Inc., pending settlement negotiations.  I also agreed to give those companies 10 days advance notice, if possible, if they had to file an answer with the Court. Neither Shin Sung Souvenir Co. or Guest Services, Inc., filed a formal request for an extension with the Court, however.

6.    On May 5, 2006, the Court entered a minute order to show cause asking Plaintiff to show cause in writing before May 15, 2006 why the case should not be dismissed for lack of

prosecution. The Order was sent to me by email notice, as I am listed as the service contact for Plaintiff.

7.     To my dismay, I did not see the email notice of the Order to Show Cause. I was out of town on May 5, at the Sally Ride Toy Challenge finals in Raleigh, NC (my 11-year old daughter was a finalist in this national competition). Unfortunately, the email notice from the Court became interred with other emails I received that day. Although I normally check my email frequently during the day when I am in the office, and usually check it at least daily if I am out of town, I did not see, or appreciate, the May 5 email notice from the Court. I did not learn of the Order to Show Cause until I received the email notice of the May 23, 2006 Order dismissing the case.

8.     On May 23, 2006, after seeing the Order dismissing the case, I immediately contacted the Court's chambers to apologize for this inadvertent oversight and to indicate my intent to seek reconsideration of the order of dismissal. Defendant Shin Sung Souvenir Co. has consented to reinstatement of the Complaint against it. See May 25, 2006 letter from James Lyons, counsel for Shin Sung Souvenir Co., to Deborah Lodge, annexed as Exhibit 1 hereto.

9.     My failure to respond promptly to the Court's Order to Show Cause was unintentional and inadvertent. I am usually very diligent in responding to court orders. I have never before failed to comply in a timely fashion with any court order or requirement, in this case or any other. Had I been aware of the email from the Court, I would have responded to it in a timely manner. The normal safeguards I use to ensure detection of important emails, including close review by my secretary and back-up by other attorneys, also failed in this instance. I have implemented corrective measures to ensure that this was a one-time mistake and aberration.

10.    Unless vacated, the Court's Order of Dismissal of the Complaint against the non-answering defendants would severely prejudice the Vietnam Women's Memorial Foundation. They would be left without a remedy for Shin Sung's and Guest Services' past infringements of Plaintiff's copyright in the Vietnam Women's Memorial. Plaintiffs have a strong case of copyright infringement against Shin Sung and Guest Services. Exhibit 2 hereto is a copy of an unauthorized postcard depicting the Vietnam Women's Memorial, sold by Shin Sung. Exhibit 3 hereto is a copy of an unauthorized magnet and purchase receipt sold by Guest Services. These souvenirs are unauthorized reproductions of the Vietnam Women's Memorial and blatantly infringe Plaintiff's copyright.

11.    In contrast, neither Shin Sung nor Guest Services would be prejudiced if the case were reinstated against them. These defendants have been engaged in continuing settlement negotiations with me, as counsel for Plaintiff. There have been no hearings or other court procedures in this case, as the parties have been trying to reach a settlement without having to tax the resources of the Court. The case will continue against the defendants who already answered. Thus, although from the Court's docket sheet it may look as if there has been little progress made in this case, in fact the parties, including the now-dismissed defendants Shin Sung Souvenir Co. and Guest Services, Inc., have been actively pursuing settlement. Although I regret that negotiations have not moved forward more swiftly, dismissing the case against those defendants now would jeopardize the steps already made toward settlement.

12.     I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 31, 2006
Washington D.C.

_Deborah M. Lodge_
Deborah M. Lodge

**EXHIBIT 1**

2006 MAY 25 AM 11:51

KELLOGG, WILLIAMS & LYONS

ATTORNEYS AT LAW

1925 K STREET, N. W., SUITE 200

WASHINGTON, D.C. 20006

———

(202) 496-0722

FACSIMILE (202) 331-1257

EDWIN A. WILLIAMS*

PHILIP L. KELLOGG

JAMES L. LYONS

*ALSO MEMBER OF VIRGINIA BAR

VIRGINIA OFFICE

386 MAPLE AVENUE EAST

VIENNA, VIRGINIA 22180

(703) 938-4875

May 25, 2006

**VIA FACSIMILE ONLY   (202) 457-6315**

Deborah M. Lodge, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C.  20037

>        Re:  Case No. 1:05CV02484
>             *Vietnam Women's Memorial Foundation, Inc. v.*
>             *Sunbeam Trading Inc., et al.*

Dear Ms. Lodge:

    We represent Shin Sung Souvenir Co., which was named and served as a defendant in the above-referenced case.  This will confirm that Shin Sung Souvenir Co. consents to Plaintiff's Motion for Reconsideration and Vacation of the Court's Order of May 23, 2006.

>                   Sincerely yours,
>
>                   James L. Lyons

JLL:hs

**ATTACHMENT TO DECLARATION OF DEBORAH LODGE**

**EXHIBIT 2**



**WASHINGTON, D.C.**
**Woman Veterans' Memorial**

K

Made in
America

ShinSeika Scanner Co./PO Box 76250
Washington, D.C. 20024-0250
info@shinsungInc.com

0 691722 9 01006

PC-01006 • K47015

PLEASE DO NOT WRITE BELOW THIS LINE. SPACE RESERVED FOR U.S. POSTAL SERVICE.



**EXHIBIT 3**

*+ magnets & Posters*

```
DC Visitor Center
1300 Pennsylvania Ave NW
The Ronald Reagan Building
Washington, DC 20004
           202\328\4748

Ticket#325599  Cus#WALK-IN    Jun 06 05
Usr RR         Rg#242 Dr#242 Time 04:09
               202\328\4748

Item Number        Qty  Price    Ext
-----------------------------------------
30                  1   2.25    2.25
MAGNET PHOTO (ASSORTED)

Subtotal                        2.25
Tax                              .13
                             ========
Total sale                      2.38
                             ========

MasterCard     ****************0754
Card-#         ****   Auth:859827    2.38
Exp-date

        Cash walk-in customer

        Guest Services Inc. Thank You!
         Enjoy your visit to Wash DC.
```

```
Lincoln Memorial
Lincoln Memorial Circle
23rd St. NW
Washington, DC 20242
           202\347\2054

Ticket#536361  Cus#WALK-IN    Jun 06 05
Usr S          Rg#731 Dr#311 Time 11:57
               202\347\2054

Item Number        Qty  Price    Ext
-----------------------------------------
4177809025          1   9.95    9.95
FUNSAVER POCKET CAMERA
1103                1  19.99   19.99
P/W WH PEN IOWA SCAPE

Subtotal                       29.94
Tax                             1.72
                             ========
Total sale                     31.66
                             ========

MasterCard     ****************0754
Card-#         ****   Auth:141979    31.66
Exp-date

        Walk-in customer

        Guest Services Inc. Thank You!
         Enjoy your visit to Wash DC.
```

```
Lincoln Memorial
Lincoln Memorial Circle
23rd St. NW
Washington, DC 20242
           202\347\2054

Ticket#536364  Cus#WALK-IN    Jun 06 05
Usr S          Rg#731 Dr#311 Time 12:04
               202\347\2054

Item Number        Qty  Price    Ext
-----------------------------------------
30                  2   2.50    5.00
MAGNET PHOTO

Subtotal                        5.00
Tax                              .29
                             ========
Total sale                      5.29
                             ========

Cash                            6.00

Change due                       .71

        Walk-in customer

        Guest Services Inc. Thank You!
         Enjoy your visit to Wash DC.
```

