IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vietnam Women's Memorial Foundation, Inc., <br><br>Plaintiff, <br><br>v. <br><br>Sunbeam Trading Inc., et al., <br><br>Defendants. | Civil Action No. 1:05CV02484 (RWR) |

PROPOSED ORDER

Having considered the Plaintiff's Motion for Reconsideration, and Plaintiff's Memorandum of Points and Authorities in support thereof, the Court hereby ORDERS: (1) Plaintiff's Motion is granted; (2) The Court's Order of May 23, 2006 is hereby VACATED as to Defendants Shin Sung Souvenir Co. and Guest Services, Inc.; (3) Plaintiff's Memorandum of Points and Authorities is accepted as a response to the Court's May 5, 2006 Order to Show Cause; (4) Plaintiff is directed to serve a copy of this Order on Defendants Shin Sung Souvenir Co. and Guest Services, Inc., by emailing and mailing it to the counsel for those companies with whom Plaintiff has been negotiating; and (5) Defendants Shin Sung Souvenir Co. and Guest Services, Inc. are directed to file a response to the Complaint within 20 days hereof

So ordered:

Dated: _____          _____
                                U.S.D.J.

4806791v1