## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05CV02484 |
| SUNBEAM TRADING, INC. *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Scott J. Spooner is leaving the firm of Bean

Kinney and Korman, P.C., and hereby is withdrawing as Counsel of Record in this matter.

Dated: June 2, 2006

Respectfully submitted,

By:     /s/  Scott J. Spooner_____
Scott J. Spooner, D.C. Bar No. 466713
        BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (fax)
Counsel for Defendant Sunbeam Trading, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, a true copy of the foregoing Notice of Withdrawal was sent via first class mail, postage pre-paid, to:

Deborah M. Lodge, Esq.
PATTON BOGGS, LLP
2550 M Street, NW
Washington, D.C. 20037
Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

Shin Sung Souvenir Co.
101 R Street, S.W.
Washington, D.C. 20024-3418

P&D Souvenir
520 10th Street, N.W.
Washington, D.C. 20004-1413

Oscar Mayers
3332 10th Place, S.E.
Washington, D.C. 20032

Oscar and Yelca Tovar
5507 Heming Avenue
Springfield, VA 22151

Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031

____/s/_____
Scott J. Spooner, Esq.