UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
VIETNAM WOMEN'S MEMORIAL       )
FOUNDATION, INC.,              )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No. 05-2484 (RWR)
                               )
SUNBEAM TRADING, INC. et al., )
                               )
        Defendants.            )
_____)
```

### ORDER

Plaintiff has moved to amend the Order of May 23, 2006 by reinstating the complaint against defendants Shin Sung Souvenir Co. and Guest Services, Inc.  For good cause shown, it is hereby

ORDERED that the portion of the Order of May 23, 2006 that dismissed the complaint against defendants Shin Sung Souvenir Co. and Guest Services, Inc. be, and hereby is, VACATED.  The complaint is REINSTATED against defendants Shin Sung Souvenir Co. and Guest Services, Inc.  It is further

ORDERED that plaintiff file by June 15, 2006 proof of service of process upon defendants Shin Sung Souvenir Co. and Guest Services, Inc.  It is further

ORDERED that if defendants Shin Sung Souvenir Co. and Guest Services, Inc. have not filed by June 15, 2006 motions for extensions of time within which to file responses to the complaint, plaintiff shall either seek entry of default against

- 2 -

defendants Shin Sung Souvenir Co. and Guest Services, Inc. by June 22, 2006 or show cause in writing by that date why the complaint should not be dismissed against defendants Shin Sung Souvenir Co. and Guest Services, Inc. with prejudice for failure to prosecute.

    SIGNED this 5th day of June, 2006.

                                             _____/s/_____
                                             RICHARD W. ROBERTS
                                             United States District Judge