AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Vietnam Women's Memorial Foundation, Inc.,

**SUMMONS IN A CIVIL CASE**

V.

Sunbeam Trading Inc., Shin Sung Souvenir, Inc., P&D Souvenir, Penguin Marketing Group, Oscar Mayers, Oscar and Yelca Tovar, and Guest Services, Inc.,

CASE NUMBE

CASE NUMBER 1:05CV02484

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 12/29/2005

TO: (Name and address of Defendant)

Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deborah M. Lodge
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      DEC 29 2005
CLERK                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1/20/06 | 9:37 AM |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Thomas Parks | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Danielle Crosby, Director of Employee Relations, authorized to accept. Service was completed at 3055 Prosperity Avenue, Fairfax, Virginia 22031.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/20/06
                 Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

\*Notice of Right to Consent to Trial Before a United States Magistrate Judge, Certificate Rule LCvR 7.1 and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.