## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VIETNAM WOMEN'S MEMORIAL               )
FOUNDATION, INC.                        )
                                        )
      Plaintiff,                        )
                                        )    Civil Action No. 1:05CV02484
v.                                      )
                                        )
SUNBEAM TRADING, INC. *et al.*          )
                                        )
      Defendants.                        )
_____)

### JOINT MOTION ON CONSENT TO EXTEND THE TIME FOR DEFENDANT SHIN SUNG SOUVENIR CO. TO FILE RESPONSIVE PLEADINGS

Defendant Shin Sung Souvenir Co. and Plaintiff Vietnam Women's Memorial Foundation, Inc., by counsel, hereby file a Joint Motion on Consent to Extend The Time for Defendant Shin Sung Souvenir Co. to File Responsive Pleadings (the "Consent Motion"). In support of this Consent Motion, the movants Defendant Shin Sung Souvenir Co. and Plaintiff state as follows.

1.    Plaintiff Vietnam Women's Memorial Foundation, Inc. ("VWMF") filed a Complaint on December 29, 2005 in this Court alleging copyright infringement against seven defendants, including Defendant Shin Sung Souvenir Co.

2.    Plaintiff served Defendant Shin Sung Souvenir Co. with the Complaint on January 20, 2006. Counsel for Defendant Shin Sung Souvenir Co. met with Plaintiff's counsel shortly thereafter to discuss settlement possibilities.

3.    Counsel for VWMF and counsel for Shin Sung Souvenir Co. have been engaged in settlement negotiations and are optimistic that the case will soon be resolved as to these parties. Finalization of the settlement requires some additional time, however.

4809904

Accordingly, Plaintiff has agreed to extend the time for Shin Sung Souvenir Co. to file

responsive pleadings to June 30, 2006, subject to the Court's approval.

4.    Good cause exists to grant Shin Sung Souvenir Co. an extension of time to

file its responsive pleadings, to enable the parties to finalize settlement in this matter.

5.    Counsel for VWMF has agreed to this Joint Motion on Consent.

6.    A prepared Order reflecting the agreement of the parties is attached hereto.

WHEREFORE, Defendant Shin Sung Souvenir Co. and Plaintiff VWMF

respectfully request that this Court grant this Joint Motion on Consent to Extend The

Time for Defendant Shin Sung Souvenir Co. to File Responsive Pleadings, and grant

Shin Sung Souvenir Co. until June 30, 2006 to file such responsive pleadings.

Dated: June 15, 2006                    Respectfully submitted,

By: _____
James Lyons, D.C. Bar # 50690
Kellogg, Williams & Lyons
1925 K Street, N.W., Suite 200
Washington, DC
Attorneys for Defendant
Shin Sung Souvenir Co.

By: _____
Deborah M. Lodge, D.C. Bar # 393942
PATTON BOGGS, LLP
2550 M Street, NW
Washington, DC  20037
(202) 457-6000
Attorneys for Plaintiff
Vietnam Women's Memorial Foundation

4809904                              2

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, a true copy of the foregoing Joint Motion on Consent to Extend The Time for Defendant Shin Sung  Souvenir Co. to File Responsive Pleadings was sent via first class mail, postage pre-paid, to:

Clarence Young Lee, Esq.
BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
Counsel for Defendants Penguin Marketing Group and Sunbeam Trading, Inc.

James Lyons, Esq.
Kellogg, Williams & Lyons
1925 K Street, N.W.
Suite 200
Washington, DC  20006
Counsel for Shin Sung  Souvenir Co.

Douglas Verner, Esq.
General Counsel
Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031

Deborah M. Lodge, Esq.