**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

VIETNAM WOMEN'S MEMORIAL          )
FOUNDATION, INC.                             )
                                                     )
     Plaintiff,                             )
                                                     )          Civil Action No. <u>1:05CV02484</u>
v.                                                    )
                                                     )
SUNBEAM TRADING, INC. *et al.*          )
                                                     )
     Defendants.                         )
_____)

**<u>ORDER</u>**

     Upon consideration of the Joint Motion on Consent to Extend the Time for

Defendant Shin Sung Souvenir Co. to File Responsive Pleadings (the "Consent Motion"),

it is hereby

     ORDERED, that the Consent Motion is granted; and it is

     FURTHER ORDERED, that Defendant Shin Sung Souvenir Co. shall file

responsive pleadings on or before June 30, 2006.


                                           _____
                                         United States District Judge

Copies to:

> Clarence Y. Lee, D.C. Bar. No. 494830
> BEAN, KINNEY & KORMAN, P.C
> 2000 N. 14th Street, Suite 100
> Arlington, Virginia 22201
> Counsel for Defendants
> Penguin Marketing Group and Sunbeam Trading, Inc.

> Deborah M. Lodge, Esq.
> PATTON BOGGS, LLP
> 2550 M Street, NW
> Washington, D.C. 20037
> Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

> James Lyons, Esq.
> Kellogg, Williams & Lyons
> 1925 K Street, N.W.
> Suite 200
> Washington, DC  20006
> Counsel for Shin Sung Souvenir Co.

> Douglas Verner, Esq.
> General Counsel
> Guest Services, Inc.
> 3055 Prosperity Avenue
> Fairfax, VA 22031