IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. ) ) ) Plaintiff, ) ) v. ) ) SUNBEAM TRADING, INC. *et al.* ) ) Defendants. ) | Civil Action No. <u>1:05CV02484</u> |

### JOINT MOTION ON CONSENT TO EXTEND THE TIME FOR DEFENDANT GUEST SERVICES, INC., TO FILE RESPONSIVE PLEADINGS

Defendant Guest Services, Inc., and Plaintiff Vietnam Women's Memorial Foundation, Inc., by counsel, hereby file a Joint Motion on Consent to Extend the Time for Defendant Guest Services to File Responsive Pleadings (the "Consent Motion"). In support of this Consent Motion, movants Defendant Guest Services and Plaintiff state as follows.

1. Plaintiff Vietnam Women's Memorial Foundation, Inc. ("VWMF") filed a Complaint on December 29, 2005, alleging copyright infringement against seven defendants, including Defendant Guest Services.

2. Plaintiff served Defendant Guest Services with the Complaint on January 20, 2006. Counsel for Defendant Guest Services contacted Plaintiff's counsel shortly thereafter to discuss settlement possibilities.

3. Counsel for VWMF and counsel for Guest Services have been engaged in settlement negotiations and are optimistic that the case will soon be resolved as to these parties. Finalization of the settlement requires some additional time, however.

4811682

Accordingly, Plaintiff has agreed to extend the time for Guest Services to file responsive pleadings to June 30, 2006, subject to the Court's approval.

4. Good cause exists to grant Guest Services an extension of time to file its responsive pleadings, to enable the parties to finalize settlement in this matter.

5. Counsel for VWMF has agreed to this Joint Motion on Consent.

6. A prepared Order reflecting the agreement of the parties is attached hereto.

WHEREFORE, Defendant Guest Services and Plaintiff VWMF respectfully request that this Court grant this Joint Motion and grant Defendant Guest Services, Inc., until June 30, 2006 to file responsive pleadings to the Complaint.

Dated: June 15, 2006                Respectfully submitted,

By: _____
Douglas Verner, Esq. D.C. Bar # 456152
General Counsel
Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031
Attorneys for Defendant
Guest Services, Inc.

By: _____
Deborah M. Lodge, D.C. Bar # 393942
PATTON BOGGS, LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
Attorneys for Plaintiff
Vietnam Women's Memorial Foundation

4811682                2

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, a true copy of the foregoing Joint Motion on Consent to Extend the Time for Defendant Guest Services, Inc., to File Responsive Pleadings was sent via first class mail, postage pre-paid, to:

Clarence Young Lee, Esq.
BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
Counsel for Defendants Penguin Marketing Group and Sunbeam Trading, Inc.

James Lyons, Esq.
Kellogg, Williams & Lyons
1925 K Street, N.W.
Suite 200
Washington, DC 20006
Counsel for Shin Sung Souvenir Co.

Douglas Verner, Esq.
General Counsel
Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031

Deborah M. Lodge, Esq.

4811682                          3