IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM TRADING, INC. *et al.*<br><br>Defendants. | Civil Action No. 1:05CV02484 |

### ORDER

Upon consideration of the Joint Motion on Consent to Extend the Time for Defendant Guest Services, Inc. to File Responsive Pleadings (the "Consent Motion"), it is hereby

ORDERED, that the Consent Motion is granted; and it is

FURTHER ORDERED, that Defendant Guest Services, Inc. shall file responsive pleadings on or before June 30, 2006.

_____
United States District Judge

4811760

Copies to:

    Clarence Y. Lee, D.C. Bar. No. 494830
    BEAN, KINNEY & KORMAN, P.C
    2000 N. 14th Street, Suite 100
    Arlington, Virginia 22201
    Counsel for Defendants
    Penguin Marketing Group and Sunbeam Trading, Inc.

    Deborah M. Lodge, Esq.
    PATTON BOGGS, LLP
    2550 M Street, NW
    Washington, D.C. 20037
    Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

    James Lyons, Esq.
    Kellogg, Williams & Lyons
    1925 K Street, N.W.
    Suite 200
    Washington, DC 20006
    Counsel for Shin Sung Souvenir Co.

    Douglas Verner, Esq.
    General Counsel
    Guest Services, Inc.
    3055 Prosperity Avenue
    Fairfax, VA 22031