IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUNBEAM TRADING, INC. *et al*. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:05CV02484 |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Leo S. Fisher, Raighne C. Delaney and Christopher A. Glaser of Bean, Kinney and Korman, P.C. hereby are entering their appearance as Counsel of Record for Defendants Sunbeam Trading, Inc. and Penguin Marketing Group in this matter.

Dated: June 19, 2006

Respectfully submitted,

By:   /s/ Raighne C. Delaney
Raighne C. Delaney, D.C. Bar No. 454761
Leo S. Fisher, DC Bar No. 322065
Christopher A. Glaser, DC Bar No. 463583
BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (fax)
Counsel for Defendants Sunbeam Trading, Inc.
and Penguin Marketing Group

## CERTIFICATE OF SERVICE

    I hereby certify that on June 19, 2006, a true copy of the foregoing Notice was sent via ECF to:

Deborah M. Lodge, Esq.
PATTON BOGGS, LLP
2550 M Street, NW
Washington, D.C. 20037
Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

and via first class mail, postage pre-paid, to:

Shin Sung Souvenir Co.
101 R Street, S.W.
Washington, D.C. 20024-3418

P&D Souvenir
520 10th Street, N.W.
Washington, D.C. 20004-1413

Oscar Mayers
3332 10th Place, S.E.
Washington, D.C. 20032

Oscar and Yelca Tovar
5507 Heming Avenue
Springfield, VA 22151

Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031

                                        /s/
                                 Raighne C. Delaney, Esq.