IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>SUNBEAM TRADING, INC. *et al.* )<br><br>Defendants. ) | Civil Action No. <u>1:05CV02484</u> |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS GUEST SERVICES, INC., AND SHIN SUNG SOUVENIR CO.

Pursuant to Federal Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Vietnam Women's Memorial Foundation, Inc., by counsel, hereby files this notice of voluntary dismissal, with prejudice, of the Complaint as against Defendants Guest Services, Inc., and Shin Sung Souvenir Co. Neither of these defendants has filed an Answer to the Complaint. Plaintiff and each of these defendants reached a settlement of the issues, and this voluntary dismissal is subject to the terms of those settlements.

Dated:  June 30, 2006

Respectfully submitted,

By: _[signature] Deborah Lodge_
Deborah M. Lodge, D.C. Bar # 393942
PATTON BOGGS, LLP
2550 M Street, NW
Washington, DC  20037
(202) 457-6000
Attorneys for Plaintiff
Vietnam Women's Memorial Foundation

4815021

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2006, a true copy of the foregoing Notice of Voluntary Dismissal of Defendants Guest Services, Inc., and Shin Sung Souvenir Co. was sent via first class mail, postage pre-paid, to:

Heidi Meizner, Esq.
BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
Counsel for Defendants Penguin Marketing Group and Sunbeam Trading, Inc.

James Lyons, Esq.
Kellogg, Williams & Lyons
1925 K Street, N.W.
Suite 200
Washington, DC 20006
Counsel for Shin Sung Souvenir Co.

Douglas Verner, Esq.
General Counsel
Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031

/s/ Deborah M. Lodge
Deborah M. Lodge, Esq.