IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. <br><br> Plaintiff, <br><br> v. <br><br> SUNBEAM TRADING, INC. *et al.* <br><br> Defendants. | Civil Action No. 1:05CV02484 |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PENGUIN MARKETING GROUP

Pursuant to Federal Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Vietnam Women's Memorial Foundation, Inc., by counsel, hereby files this notice of voluntary dismissal, with prejudice, of the Complaint as against Defendant Penguin Marketing Group. This defendant has not filed an Answer to the Complaint. Plaintiff and this defendant reached a settlement of the issues, and this voluntary dismissal is subject to the terms of those settlements.

Dated:  August 1, 2006

Respectfully submitted,

By: _____
Deborah M. Lodge, D.C. Bar #393942
PATTON BOGGS, LLP
2550 M Street, NW
Washington, DC  20037
(202) 457-6000
Attorneys for Plaintiff
Vietnam Women's Memorial Foundation

4820983

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, a true copy of the foregoing Notice of Voluntary Dismissal of Defendant Penguin Marketing Group was sent via first class mail, postage pre-paid, to:

Heidi Meizner, Esq.
BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
Counsel for Defendants Penguin Marketing Group and Sunbeam Trading, Inc.

_____
Deborah M. Lodge, Esq.