IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM TRADING, INC. et al<br><br>Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 1:05CV02484 (RWR/JMF)<br>)<br>)<br>)<br>)<br>)<br>) |

OBJECTION TO BEAN, KINNEY & KORMAN'S MOTION
TO WITHDRAW COUNSEL PURSUANT TO LOCAL RULE 83.6(c)

Bean, Kinney & Korman is Sunbeam Trading Inc. ("Sunbeam") 's only counsel for this case. Sunbeam objects Bean, Kinnery & Korman (BKK) to withdraw:

1. Sunbeam retained BKK in this matter from the beginning of the case. It is a critical time for the case to move to the settlement phase. Without BKK, Sunbeam will have to start the case over. All the efforts will be wasted.

2. Mr. Zheng's interest was sold to a new corporation, New Sunbeam Trading Inc. (a registered DC Corporation). Mr. Zheng and his wife, Xiao Ling Wei have not access to the New Sunbeam Trading Inc. He and his wife will not be able to comply the requests from the plaintiff's lawyer to move the case into the settlement phase.

3. The president of the New Sunbeam Trading is Shan K. Chien, not Mr. Zheng's wife, Xiao Ling Wei. Shan K. Chien and Herbert Shih control the whole New Sunbeam Trading Inc.

4. BBK misstated that Xiao Ling Wei refusing cooperate with the plaintiff's attorneys. Actually it is from Shan K. Chien and Hertbert Shih. After the discussion with BBK today, this matter is clarified with our BKK counsel.

5. Sunbeam will always pay BKK for its efforts for this matter. Sunbeam needs the guidance and representation continuously from BKK.

RECEIVED

AUG - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREFORE, Sunbeam respectfully requests the Court does not grant BKK's Motion to Withdraw as counsel for Sunbeam Trading, Inc. in this litigation.

Dated: August 8, 2006                                        Respectfully Submitted,

                                                             By: /s/   Ziyu Zheng
                                                             14026 Loblolly Terrace
                                                             Roackville, Maryland 20850

CERTIFICATION of SERVICE

I, ZiYu Zheng will mail a copy of this Motion to Via first class mail on August 9, 2006.

Heidi Meigner, Esq.
BEAN, KINNEY & KORMAN, P.C.
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
Counsel for Sunbeam Trading, Inc.

Ziyu Zheng

Ziyu Zheng