IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC. ) ) ) Plaintiff, ) ) v. ) ) SUNBEAM TRADING, INC. *et al.* ) ) Defendants. ) ) | ) Civil Action No. 1:05CV02484 (RWR/JMF) |

**REPLY TO OPPOSITION TO
BEAN, KINNEY & KORMAN'S MOTION
TO WITHDRAW COUNSEL PURSUANT TO LOCAL RULE 83.6(c)**

COMES NOW counsel for defendant Sunbeam Trading, Inc. ("Sunbeam"), the law firm of Bean, Kinney & Korman, P.C., ("BKK") to reply to the Opposition filed by Ziyu Zheng to BKK's Motion for Withdrawal and states as follows:

1. On August 3, 2006, Bean, Kinney & Korman, P.C. ("BKK") filed its Motion to Withdraw as Counsel Pursuant to Local Rule 83.6(c) ("Motion to Withdraw").

2. On August 9, 2005, Ziyu Zheng filed an Opposition to the Motion to Withdraw on behalf of Sunbeam.

3. It is BKK's position that Mr. Zheng does not have standing to act for Sunbeam because he has sold his interest in Sunbeam, as stated in BKK's Motion to Withdraw.

4. The Motion to Withdraw mistakenly stated that Sunbeam's new President is Ms. Xiao Ling Wei. Upon information and belief, Sunbeam's new President is actually Ms. Shan K. Chien, and it is Ms. Chien who is refusing to cooperate with BKK to resolve this matter.

5. According to the Stock Purchase Agreement attached as Exhibit A to BKK's Motion, Mr. Zheng sold his interest in Sunbeam to Xiao Ling Wei, Shan K. Chien and Herbert

1

Shih. BKK also understands that Mr. Zheng resigned as President after selling his entire interest in the Company and Ms. Shan K. Chien assumed the position of President.

6. Mr. Zheng's Opposition shows that while he is committed to resolving this case and is personally committed to paying BKK for its efforts, he cannot resolve the case on Sunbeam's behalf because he no longer owns Sunbeam. He has no documentation nor any statues at issue in this case in his possession. Contrary to Mr. Zheng's allegations that he has clarified everything with BKK and BKK is willing to continue to represent Sunbeam in this matter, Mr. Zheng has clearly demonstrated that he has no right to speak for Sunbeam, to direct this law firm or to cooperate with this Court's discovery requirements.

7. On the other hand, Shan K. Chien, Sunbeam's 40% owner and President, who has the power to direct this firm, now refuses to acknowledge any involvement with Sunbeam. Despite the Stock Purchase Agreement, Ms. Shan K. Chien appears to claim that she now runs the New Sunbeam Trading Company, at least according to Mr. Zheng.

8. This Court must allow BKK and its attorneys to withdraw. Even if the Court directed BKK to continue to represent Sunbeam, BKK has no idea how to do so.

WHEREFORE, Bean, Kinney & Korman, P.C. respectfully requests the Court grant its Motion to Withdraw as counsel for Sunbeam Trading, Inc. in this litigation.

Dated: August 15, 2006                    Respectfully Submitted,

By:   /s/   Raighne C. Delaney
Raighne C. Delaney, DC Bar No. 454761
Leo S. Fisher, DC Bar No. 322065
Christopher A. Glaser, DC Bar No. 463583
BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201
(703) 525-4000; (703) 525-2207 (fax)
Counsel for Defendant Sunbeam Trading, Inc. and Defendant Penguin Marketing Group

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2006, a true copy of the foregoing Motion was sent via first class mail, postage pre-paid, to:

Deborah M. Lodge, Esq.
PATTON BOGGS, LLP
2550 M Street, NW
Washington, D.C. 20037
Counsel for Plaintiff Vietnam Women's Memorial Foundation, Inc.

Sidney Friedman
Weinstock, Friedman & Friedman, P.A.
Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208

Lisa Goldblatt
Weinstock, Friedman & Friedman, P.A.
Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208

Ziyu Zheng
14026 Loblolly Terrace
Rockville, Maryland 20850

Xiao Ling Wei
14026 Loblolly Terrace
Rockville, Maryland 20850

Shan K. Chien
1315 4th Street, NE
Washington, DC 20002

Herbert Shih
1315 4th Street, NE
Washington, DC 20002

Xiao Ling Wei
1315 4th Street, NE
Washington, DC 20002

Sunbeam Trading, Inc.
SERVE:   Registered Agent Xiao Lin Wei Zheng
1315 4th Street, NE
Washington, DC 20002

James Lyons, Esq.
Kellogg, Williams & Lyons
1925 K Street, NW, Suite 200
Washington, DC 20006
Counsel for Defendant Shin Sung Souvenir Co.

P&D Souvenir
520 10th Street, N.W.
Washington, D.C. 20004-1413

Oscar Mayers
3332 10th Place, S.E.
Washington, D.C. 20032

Oscar and Yelca Tovar
5507 Heming Avenue
Springfield, VA 22151

Douglas Verner, Esq.  DC Bar # 456152
General Counsel
Guest Services, Inc.
3055 Prosperity Avenue
Fairfax, VA 22031
Attorney for Defendant Guest Services, Inc.

                                                 /s/
                                      Raighne C. Delaney, Esq.