IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 1:05CV02484 |
| v. | ) ) | |
| SUNBEAM TRADING, INC. *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT SUNBEAM TRADING, INC.

Pursuant to Federal Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Vietnam Women's Memorial Foundation, Inc., by counsel, hereby moves for an order of voluntary dismissal of the Complaint as against Defendant Sunbeam Trading, Inc. Since this case was begun, Defendant Sunbeam Trading Inc. was sold to a new entity, "new" Sunbeam Trading. Although the sale apparently took place in January 2006, Plaintiff was unaware of that sale until August, 2006, when counsel for Defendant Sunbeam Trading Inc. moved to withdraw as counsel for defendant. Plaintiff recently reached a settlement agreement with "new" Sunbeam Trading and therefore seeks an order of dismissal under Rule 41(a)(2). A proposed order is annexed.

Dated: January 3, 2007

Respectfully submitted,

By: *Deborah M Lodge*
Deborah M. Lodge, D.C. Bar # 393942
PATTON BOGGS, LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
Attorneys for Plaintiff
Vietnam Women's Memorial Foundation

4820983

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, a true copy of the foregoing Motion for Order of Voluntary Dismissal was sent via first class mail, postage pre-paid, to:

Xiao Lin Wei Zhang
Sunbeam Trading, Inc.
1315 4th St., N.E.
Washington, D.C. 20002
*Registered Agent for Defendant*
*Sunbeam Trading, Inc.*

Clarence Young Lee
BEAN, KINNEY & KORMAN, P.C
2000 N. 14th Street, Suite 100
Arlington, Virginia 22201

_____
Deborah M. Lodge, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:05CV02484 |
| v. | ) ) | |
| SUNBEAM TRADING, INC. *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER OF VOLUNTARY
## DISMISSAL OF DEFENDANT SUNBEAM TRADING, INC.

Upon consideration of Plaintiff's Motion for an order of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that the Complaint against Defendant Sunbeam Trading, Inc. is DISMISSED.

SO ORDERED:

_____
United States District Judge

Dated: _____

4850414