IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM WOMEN'S MEMORIAL FOUNDATION, INC., ) ) ) Plaintiff, ) ) v. ) ) SUNBEAM TRADING, INC. *et al.*, ) ) Defendants. ) ) | Civil Action No. 1:05CV02484 |

**FILED**

**JAN 8 - 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER OF VOLUNTARY
DISMISSAL OF DEFENDANT SUNBEAM TRADING, INC.**

Upon consideration of Plaintiff's Motion for an order of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that the Complaint against Defendant Sunbeam Trading, Inc. is DISMISSED.

SO ORDERED: _____
United States District Judge

Dated: __1-5-07__

4850414